<br>

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes      ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐    **Federal Question**

☐    **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name          Middle Initial          Last Name

_____

Street Address

_____

County, City                    State                    Zip Code

_____

Telephone Number                    Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 2:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 3:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 4:

_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_Benjamin J. Delo_

| Dated | Plaintiff's Signature |
|---|---|

| First Name | Middle Initial | Last Name |
|---|---|---|

Street Address

| County, City | State | Zip Code |
|---|---|---|

| Telephone Number | Email Address (if available) |
|---|---|

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Name (Last, First, MI)

Address                City                State                Zip Code

Telephone Number                E-mail Address

*Benjamin J. Delo*

Date                Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

The progress of humankind has been nothing short of remarkable. That progress was driven by a never-ending increase in human knowledge. Increasing knowledge requires being able to take what is already known and adding to it. (to oversimplify an example, without 2+2=0, mankind never goes to the moon.) Through history the greatest thinkers have climbed the mountain of human knowledge and upon reaching the top they built a snowman. They understood that education was the key to preparing tomorrows thinkers, so that they have what they need come up with the next great idea and build their own snowman.

Education has the ability to be the silver bullet. Education can feed the hungry. Education can lift people out of poverty. Education can reduce bullying and fight racism. Education can help prevent wars. Education can save lives.

Recognizing the good that having an educated populous is better for everyone, educators can be provided with benefits not available to everyone (such as not for profit status). They are also subject to some regulations (detailed below). A common theme across the regulations is that the educators have immense power and because of that they are prohibited from using that power in the to participate in elections. The goal of the educational institution should be to teach their students "How" to think, not "What" to think. The bevy of Federal and State regulations make it clear the intention is for colleges not to be participants in elections. Fordham University violated several regulations:

1. Fordham University on it's website admission page under heading "What We're Looking For" (Exhibit A) advises potential applicants of special consideration for people who participate in certain activities, specifically using Black Lives Matter as the example. As a 503(c) not for profit , Fordham University is made possible by an act of congress and this "special" treatment violates 18 U.S. Code § 600 - Promise of employment or other benefit for political activity. No other criteria listed on the "What We're Looking For" page includes any examples or organizations listed. Even more peculiar maybe that they illegally promote the Black Lives Matter organization while maintaining that they are "The Jesuit University of New York". With the Jesuit Order being a champion for social justice and equality (Exhibit B), it does open the question as to why they would chose Black Lives Matter as what they are "looking for: instead of the Jesuit Order they claim to associate with.

2. Fordham University is offering a quid pro quo bribe by providing something of value, admission to their University, in exchange for participation in the Black Lives Matter political organization. The

Black Lives Matter organization openly opposes voting for, and even have having the ability to vote for Former President Donald Trump. This is openly published in their "6 Demands" (Exhibit C) This violates the New York Constitution Article II Section 3. NY Const art II § 3

3. By providing free advertising and something of value to the political organization, Black Lives Matter, Fordham University is in violation of the IRS Restriction of Political  Campaign Intervention by Section 501(c)(3) for Tax Exempt Organizations.

4. Additionally, stating that involvement with Black Lives Matter is a desired trait for admission to a not for profit corporation university is a violation of 52 § 30118. Contributions or expenditures by national banks, corporations, or labor organizations.

5. Fordham University offered incentive/advantage (admissions treatment) to voters associated with Black Lives Matter (Organization openly opposed to former President Donald Trump and Republican Candidates) which upon admission, under NY voting law would be allowed register to vote in New York State. Essentially buying anti-Trump, anti-Republican votes for New York State and discrediting/devaluing the vote of every voter in the State of New York.

6. Black Lives Matter is a political organization who asks for support of 6 Demands which call for a ban of former President Donald Trump from holding any office or participating in any social media outlets, the removal of half of the "Republican" members of the House of Representatives and multiple "Republican" Senators as well as support for multiple individually named Representatives and President Biden who are all Democrats as as well as other political references. This violates both the IRS Restriction of Political  Campaign Intervention by Section 501(c)(3) for Tax Exempt Organizations, as well as 52 § 30118. Contributions or expenditures by national banks, corporations, or labor organizations.

7. In doing so Fordham University and Black Live Matter conspired to violate Federal Regulations regarding political actions bv not for profit organizations, Federal Code regarding Campaign contributions and Federal Election Commission rules regarding Contributions as well as to commit a crime against The State of New York as well as every registered voter in New York State by manipulating the electorate and stealing from the State and the Voters the right to a free and fair election.

The intent of the Federal and State governments, the various government regulators, FEC rules, and the United States legal system is to protect the rights of the voters and the integrity of election process. The actions performed by Fordham University and Black Lives  Matter are clear and present violations of multiple Federal and State regulations. They have decided their personal agendas above the integrity of the democratic system and values of the United States . In doing so they conspired to get around election law, not-for-profit requirements from the IRS and  devalued the worth  of one of each and every Americans most precious possession; Their vote.

There is also the impact this had on admissions decisions. A student could have not been admitted to Fordham, if there was a student with a similar profile who was involved in Black Lives Matter. Treating an applicant differently based on their associations serious Bill Of Rights' issues related to privacy, freedom of association and freedom of speech, as well as violations of various Federal and State laws . I have a  dependent applicant student who was placed on schools waiting list and not accepted, not being able to attend his first choice of college.

To ensure this practice is eradicated and there is no re-occurrence, the Court is requested to have the defendant cease and desist these activities and to award both compensatory and punitive damages in amounts commensurate to the size of the institution and the egregiousness of the violations as well as damages to any applicant whose applications to Fordham were negatively impacted. This behavior represents an extremely dangerous precedent, that could negatively impact the most vulnerable among us, as well as our greatest natural resource, Our Children. This damages the ability to achieve our Best Future for all people everywhere, and rejects a most basic natural law of wanted better for our children than we have had ourselves.

# FORDHAM UNIVERSITY

# Undergraduate Admission

**Menu For Undergraduate Admission**

Why Fordham

Majors and Minors

Choose Your Campus

Outcomes

Visit

Apply

International Students

Transfer Students

Contact Us

a National Science Foundation fellowship. We're looking for students who aspire to become the best versions of themselves that they can be. We don't expect this from a few "special" Fordham students—this is what we hope for all Fordham students.

Our goal is to find people who aren't going to sit on the sidelines. Have you been involved in anti-racism work, or in identifying and dismantling anti-Black racism in your school or community (e.g. Black Lives Matter)? Have you been involved in other social causes like climate change? Have you taken on additional family responsibility? Do you have a part-time job to help out with expenses? Are you looking at New York City as a place where you can learn as much outside the classroom as inside?

Fordham's Office of Undergraduate Admission has always employed a holistic admission process. Reviewing your application holistically means we look for students who are a good match for Fordham. Our primary focus is that you'll be academically successful and bring personal qualities of integrity, perseverance, and leadership to our campus communities.

- We consider each element you submit to us as a part of your application (required and optional) as a part of the greater whole. No one element is looked at in isolation.

- We look at you as a whole person (*cura personalis*), taking into account your personal characteristics and lived experience, as well as your academic experience and qualifications.

- We honor your school and community context, referencing information provided by your counselor and school profile.

As we consider your application, we seek to get to know you beyond the requirements and numbers, including how you will give back to Fordham and/or your local, national, and international community via service and social justice. This is integral to our mission as a Jesuit University as we seek to educate global citizens and people for others (*homines pro aliis*).

We hope you'll want to get to know more about us, too: This website is a good start; we'd love to connect with you during an on-campus or virtual visit. Get in touch with the admission counselor who works with students from your region, and you can chat with current students about their experiences. Or, just drop us an email at enroll@fordham.edu; we'd love to answer any of your questions!

How to Apply

# The Fordham Diploma Says



**The Fordham diploma says**

Fordham University

01:06



## Our Work

### Justice and Ecology
**Serving faith, promoting justice**

In November 2019, the Jesuits celebrated the 50th anniversary of the Fr. Pedro Arrupe, SJ creating the Social Justice and Ecology Secretariat, but accompanying vulnerable and marginalized communities has marked the whole history of the Jesuits since its earliest origins. Grounded in the spiritual exercises of St. Ignatius and our relationship with God, Jesuits and lay companions are challenged to follow the Gospel call to love our neighbor, to become friends with those living in poverty, those suffering, those outcast. These relationships are the foundations of our work to promote justice and reconciliation in the world. Our faith gives us the courage to respond to this suffering with joy and hope.



Pope Francis embraces Father Arturo Sosa Abascal, superior general of the Society of Jesus, during a meeting with editors and staff of the Jesuit-run magazine, La Civilta Cattolica, at the Vatican Feb. 9, 2017. (CNS photo/L'Osservatore Romano, handout)

Our faith call to confront the structures of our world that perpetuate poverty and injustice is the embodiment of God's love and saving mercy. As the Jesuits declared at the 32nd General Congregation in 1975: "The mission of the Society of Jesus today is the service of faith, of which the promotion of justice is an absolute requirement. For reconciliation with God demands the reconciliation of people with one another."While there are several ministries connected to the USA East Jesuits directly serving communities, the work of social ministries is integrated into Jesuit communities, parishes, middle schools, high schools, and colleges and universities across the East coast. As Jesuit Superior General Fr. Arturo Sosa, SJ wrote in his introduction to the 2020 Jesuit Annuario, Jesuit social ministries "makes visible our desire to be on the side of the poor and the excluded. We want this commitment to be part of every ministry in the Society." For this reason, the province is focused on creating opportunities for collaboration between institutions, across our apostolic sectors, and beyond.During an audience with Jesuit social ministries leaders in 2019, Pope Francis reminded us, "the purpose of the social apostolate is more than to solve problems. The Social apostolate exists to promote processes and encourage hope. We are called to open the future, inspire possibilities, generate alternatives, and help us to think and act differently."To discuss this work across the USA East Province, contact Nick Napolitano, assistant for social ministries. For regular updates on this work, sign up for our social ministries e-newsletter.

# Related Items of Interest

NEWS, NEWS STORY, STORY

**Jesuit Ordinations 2024**

Jesuit Ordinations 2024

NEWS, NEWS STORY, STORY

**Meet Our Recently Ordained Jesuits**

Ordinations 2024

STORY

**Who Was Walter Ciszek, SJ?**

Fr. Walter Ciszek, SJ, was a U.S. Jesuit missionary who was imprisoned for more than 20 years in the Soviet Union.

**About Us**

- The Jesuits

- Contact Us

- History

- Province Leadership

sion and Ministries

- Moving Toward Our Future
- Structure of the Society
- Job Opportunities
- Protecting Children

   

**Our Work**

- What We Do
- Care for Senior and Infirm Jesuits
- Education
- International Ministries
- Parish and Pastoral Ministries
- Retreats and Spiritual Ministries
- Justice and Ecology
- Vocations and Formation

**Ignatian Spirituality**

- Office of Ignatian Spirituality
- The Spiritual Exercises
- Ignatius of Loyola
- The Daily Examen

**Support Us**

- Support Our Work
- Donate Now
- Mass Cards & Remembrances
- Create a Legacy
- Contact Us
- Events

**Jesuit Conference of Canada and the U.S.**

- Jesuit Conference
- Canada Province (en français)
- Canada Province (in English)
- Central and Southern Province
- East Province
- Midwest Province
- West Province

**Worldwide**

- Jesuits of Africa and Madagascar
- Jesuits of South Asia
- Jesuits of Asia Pacific
- Jesuits of the Caribbean and Latin America
- Jesuits of Europe
- Headquarters in Rome

© 2024 Jesuits. All Rights Reserved.

© 2024 Jesuits. All Rights Reserved.

EDITORIAL

# OUR SIX DEMANDS FOR ACCOUNTABILITY FOR THIS MOMENT

JANUARY 13, 2021

January 6th was *another* dark day in America.

People across the country — and the world — watched as white supremacists, incited by the white supremacist-in-chief, Donald Trump, carried out an attack inside our nation's Capitol.

Unlike our peaceful protests in the name of Black lives, which were met with guns, teargas, and rubber bullets, these white supremacists were able to walk onto the House and Senate floors, break into offices, and steal and deface government property — **all while law enforcement posed for selfies with them**.

It was treasonous. But we know all too well that it was not the first time white nationalists have sought to overthrow our democracy. Nor was it the first time this president has enabled white supremacists — but it *is* a stark reminder that our democracy is *never* guaranteed. It's something we must fight for, *especially* in this moment.

**Below is our full list of 6 demands for accountability for this moment. It is critical that public outcry continues for each and every one of them.**

1. **Impeach, convict, and ban Trump from future political office:** Every second that Trump remains in office





ABOUT⌄   OUR WORK⌄   YOUR RESOURCES⌄   MEDIA CENTER⌄   TRANSPARENCY   TAKE ACTION   DONATE

3. **Launch full investigation into the ties between Capitol Police and white supremacy:** The Capitol was able to be breached and overrun by white supremacists attempting to disrupt a political process that is fundamental to our democracy. We know that police departments have been a safe haven for white supremacists to hide malintent behind a badge, because the badge was created for that purpose. Guilty

parties need to be held accountable and fired. We are supporting Rep. Jamaal Bowman's COUP Act to investigate these connections.

4. **Permanently ban Trump from all digital media platforms:** Trump has always used his digital media platforms recklessly and irresponsibly to spread lies and disinformation. Now it is clearer than ever that his digital media is also used to incite violence and promote its continuation. He must be stopped from encouraging his mob and further endangering our communities, even after inauguration.

5. **Defund the police:** The police that met our BLM protestors this summer with assault rifles, tear-gas, and military-grade protective gear were the same police that, on Wednesday, met white supremacists with patience and the benefit of the doubt, going so far as to pose for selfies with rioters. The contrast was jarring, but not for Black people. We have always known who the police truly protect and serve. D.C. has the most police per capita in the country; more funding is not the solution.

6. **Pass the BREATHE Act:** The police were born out of slave patrols. We cannot reform an institution built upon white supremacy. We need a new, radical approach to public safety and community investment. **The BREATHE Act paints a vision of a world where Black lives matter through investments in housing, education, health, and environmental justice.**

Last week, we shared that we were deeply disturbed and horrified. We still are.

But just like we always do, we turn to our beloved community. We support one another. We step up and take care of each other. And that's exactly what we are doing in this moment.

We are still healing, but we are also still fighting. For the fundamental promise of this democracy — that we choose our government. Thank you for staying in the fight.

# READ NEXT



## LOVE, CONNECTION, AND BEAUTY IN A TIME OF ISOLATION, TENSION, AND CHANGE

The attacks the USPS continues to face are not just attacks on the postal service but attacks on Black lives. To defund the USPS would be to deny future generations this opportunity and dishonor the legacy of Black postal workers. Now, we're taking this matter into our own hands by writing and sending #BlackLoveLetters through USPS…

READ

SHARE THIS PAGE

**Black Lives Matter
Global Network Foundation**

Black Lives Matter imagines a world where Black people across the diaspora thrive, experience joy, and are not defined by their struggles.

ABOUT

OUR WORK

YOUR RESOURCES

MEDIA CENTER

TRANSPARENCY

TAKE ACTION

DONATE

SHOP

PRIVACY POLICY

LEGAL

CONTACT