UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BENJAMIN J. DELO,

                    Plaintiff,                    **24-CV-6025 (JGLC) (VF)**

      -against-                                **ORDER**

FORDHAM UNIVERSITY,

                    Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Based on Plaintiff's request at ECF No. 6, the Court deems Plaintiff to have filed an amended complaint. The complaint annexed to Plaintiff's letter at ECF No. 6 is hereby deemed Plaintiff's first amended complaint. The docket should reflect that Plaintiff has filed a first amended complaint at ECF No. 6.

      **SO ORDERED.**

DATED:    New York, New York
                September 13, 2024

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge