**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BENJAMIN J. DELO,

                            Plaintiff,          **24-CV-6025 (JGLC) (VF)**

      -against-                         **ORDER**

FORDHAM UNIVERSITY,

                          Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff filed documents at ECF Nos. 25 and 26 in response to Defendant's motion to dismiss. At ECF No. 26, Plaintiff referred to an attached "clarification in Opposition." But no such document was attached to Plaintiff's filings. Plaintiff is therefore directed to refile his brief in opposition to Defendant's motion to dismiss by **April 9, 2025**.

      **SO ORDERED.**

DATED:      New York, New York
                April 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge