**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BENJAMIN J. DELO,

                         Plaintiff,                      **24-CV-6025 (JGLC) (VF)**

            -against-                           **ORDER**

FORDHAM UNIVERSITY,

                         Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff filed documents at ECF Nos. 25 and 26 in response to Defendant's motion to dismiss. At ECF No. 26, Plaintiff referred to an attached "clarification in Opposition." But no such document was attached to Plaintiff's filings. Plaintiff was therefore directed to refile his brief in opposition to Defendant's motion to dismiss by April 9, 2025. That date has now passed, and Plaintiff has not re-filed his opposition. Plaintiff is directed to do so by **Thursday, April 17, 2025**. Defendant is also directed to file on the docket any memorandum Plaintiff emailed to Defendant's counsel in opposition to the motion to dismiss by **Thursday, April 17, 2025**. Defendant is then direct to file a reply brief, if any, by **Thursday, May 1, 2025**.

      SO ORDERED.

DATED:     New York, New York
               April 10, 2025

                                                                                            VALERIE FIGUEREDO
                                                                                           United States Magistrate Judge