**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BENJAMIN J. DELO,

                              Plaintiff,           **24-CV-6025 (JGLC) (VF)**

          -against-                             **ORDER**

FORDHAM UNIVERSITY,

                              Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff's opposition at ECF No. 28, back dated to April 8, 2025, satisfies the Court's order at ECF No. 29. Plaintiff does not need to file anything else in relation to the pending motion to dismiss.

      **SO ORDERED.**

DATED:    New York, New York
               April 11, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge