UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Benjamin Delo

Write the full name of each plaintiff or petitioner.

Case No. 1:24 CV 06025-JGLC-VF

-against-

Fordham University
Cullen and Dykman LLC

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that **Plaintiff** **Benjamin Delo**
plaintiff or defendant   name of party who is making the motion

requests that the Court:
Allow the Plaintiff an extension of time to respond until 8-16-2025 and to complete response information.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☐ my own declaration, affirmation, or affidavit
☒ the following additional documents: Request Letter

*Application GRANTED. Plaintiff to respond by August 16, 2025. The Clerk of Court is directed to terminate ECF No. 44. SO ORDERED.*

*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge
Dated: July 18, 2025
New York, New York

7-13-25
Dated

Benjamin J Delo
Name

Signature
/s/ Benjamin J Delo

Prison Identification # (if incarcerated)

Address
201-790-1104
Telephone Number (if available)

City    State    Zip Code
Benjamin.j.Delo@gmail.com
E-mail Address (if available)